UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

Oldendorff Carriers GmbH & Co. KG

v.

Fairwind Europe Limited et al

09 cv 8497 (CM)

------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/09

### DECISION AND ORDER VACATING ATTACHMENT AND DISMISSING CASE

McMahon, J.:

On November 2, 2009, the Court issued an order to show cause directing plaintiff to show cause why the maritime attachment in this case should not be vacated in light of Shipping Corp. of India v. Jaldhi Overseas Pte Ltd., 585 F.3d 58 (2d Cir. 2009), and the Complaint dismissed for lack of jurisdiction. The order provided *inter alia*:

> Plaintiff may submit an affidavit and brief totaling no more than ten pages no later than seven (7) days following receipt of this Order. Failure to file shall constitute an admission that the court lacks jurisdiction over the matter and it will be dismissed forthwith.

It has been one month since the Court issued its order and plaintiff has not responded. Accordingly, the attachment order in this matter is vacated.

By failing to respond to the Court's order to show cause, plaintiff has failed to demonstrated any basis for asserting *in personam* jurisdiction over defendant. As the now-vacated EFT attachment is the only asserted basis of jurisdiction, the action must be dismissed. The Clerk of the Court is directed to terminate the motion and to close the case.

SO ORDERED

Colleen McMahon
U.S.D.J.

Dated: December 3, 2009
New York, New York